IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IVORY N. STOKES,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 14-5261 |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| **Commissioner of Social Security,** | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

**AND NOW**, this 16th day of October, 2015, upon careful and independent consideration of Plaintiff's Brief and Statement of Issues in Support of request for Review, the response and reply thereto, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, to which no objections were filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED**, and the decision of the Commissioner of the Social Security Administration is **REVERSED** to the extent that the matter is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation;

3. Judgment is entered in favor of Plaintiff, reversing the decision of the Commission for the purpose of remand; and

4. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT

/s/ Mitchell S. Goldberg

**Mitchell S. Goldberg, J.**